*David A. Richardson v. Stanley Works, Inc.*

Case No. _____

**Complaint**

Copy of Stanley's website displaying the FuBar III

Exhibit H





