*David A. Richardson v. Stanley Works, Inc.*

Case No. _______________

**Complaint**

Copy of Stanley's website displaying
the FuBar Forcible Entry Tools (30")

Exhibit I

STANLEY
Hand Tools
SEARCH
go
PRODUCTS
SOLUTIONS
SUPPORT
COMPANY
WHERE TO BUY
New Products
Illumination
Knives & Blades
Electronic Tools
Marking
Screwdrivers
Storage
Clamps
Demolition
Saws
Related Products
55-121 - Stanley® Fubar® Forcible Entry Tool
55-099 - FatMax® Xtreme™ FuBar™ Utili
You are here: Products >> New Products >> Demolition >> 55-122
55-122 - Stanley® Fubar® Forcible Entry Tool - 30"
Printer Friendly Version
Email to a friend
Displaying product 3 of 3
View larger
Features and Benefits
Our premier forcible entry tool designed by responders for vehicle extrication and extreme demolition:
8-in-1 tool for prying, splitting, board bending and striking jobs
Demolition head
Gas shut-off feature
Spanner wrench
Pry bar for ripping
Hydrant wrench
2nd tier board jaw also fits square hydrant nuts
Board jaw sized specifically for grabbing common dimensional lumber
Beveled nail slot for pulling & prying nails
One piece forged steel bar for increased durability
Heat treated and tempered striking face prevents chipping
Flame-resistant aluminum grips are durable and lightweight
Carabiner holes for easy attachment of shoulder strap
Hi-visibility 3M™ Scotchlite™ enhances visibility
Available 7/1/08
Find a Local Retailer:
Enter Zip Code
Find
Product Details
Length 30",762mm
Weight 9 lbs, 4.08 kilos
Warranty

MORE STANLEY SITES: Stanley Works Global Home Go

©2002-2008 The Stanley Works. All rights reserved.

home | products | company | contact | sitemap | legal | privacy policy

EMAIL SIGNUP
Learn about new products and promotions.
Enter email address Go