RICHARDSON v. STANLEY
(2:08-CV-1040-NVW)

**Appendix of Exhibits to**
**Statement of Material Undisputed Facts**

Exhibit A    Affidavit of Russell Powers

Exhibit B    Copy of two figures from the patent-in-suit

Exhibit C    Comparison table of images

Exhibit D    Comparison table of images

Exhibit E    Comparison table of images

Exhibit F    Comparison table of images

Exhibit G    Comparison table of images

Exhibit H    Copy of U.S. Patent Nos. D300,311 and 1,475,517

Exhibit I    Copy of U.S. Patent Nos. D562,101, and table comparing U.S. Design Patent No. D562,101 with accused Utility Bar